In re: LAURA PREVO,   Case No. 10-36143
  Chapter: 13
  Judge: OPPERMAN

  Debtor(s).
_____/

## ORDER ADJOURNING HEARING REGARDING CONFIRMATION HEARING

This matter being set for hearing on __**January 11, 2011**__ and the parties have agreed to the following terms, and the Court is advised, and there is no adverse impact upon any party by way of this action, thus no notice is required to be given; therefore:

IT IS HEREBY ORDERED the above referenced matter is adjourned to March 8, 2011 at 9:00 a.m.

.

**Signed on January 17, 2011**

                       **/s/ Daniel S. Opperman**
                       **Daniel S. Opperman**
                       **United States Bankruptcy Judge**